

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2014

No. 04-14-00248-CV

**IN THE INTEREST OF A.M.M. AND M.B.L., CHILDREN,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01040
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Because this is an accelerated appeal from the termination of appellant's parental rights, no further extensions of time will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court